# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

Case Number  13-9057

CHARLES O'KARA

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, CHARLES O'KARA, was represented by Vincent J. LaPaglia, Esq.

The defendant pled guilty to Conspiracy on May 23, 2013. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Violation Number(s) |
|---|---|---|---|
| 18 USC 371 | Conspiracy | September 1, 2012 | 1581830 |

As pronounced on May 23, 2013, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 28th day of May, 2013.

CERTIFIED TO BE A TRUE COPY

_____
ANTHONY R. MAUTONE
United States Magistrate Judge

_____
ANTHONY R. MAUTONE
United States Magistrate Judge

08640

Defendant: CHARLES O'KARA
Case Number: 13-9057

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 30 Days consecutive to current sentence the defendant is serving at Federal Correctional Institution, Fort Dix, New Jersey.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal